UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 13-1439-VAP (KKx)**                          Date: **July 24, 2014**

Title:  **Pet Chalet, Inc., et al. v. County of Riverside, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>D. Taylor</u>                          <u>  n/a  </u>
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                        None present

**PROCEEDINGS:  (IN CHAMBERS)**

The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reason:

   1.   Proposed ¶ 12 needs to be revised to make clear that any motion challenging a designation brought pursuant to that paragraph will need to be made in strict compliance with Local Rules 37-1 and 37-2 (including the Joint Stipulation requirement).