**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PET CHALET, INC., A CALIFORNIA CORPORATION, AND WASSIM A. MASSOUD,<br><br>         Plaintiffs,<br><br>   v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>         Defendants. | Case No. EDCV 13-01439-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants, that Plaintiffs take nothing on their Second Amended Complaint, and that Plaintiffs' action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>September 10, 2015</u>

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge